**Paul KEEVEN, Appellant,**

v.

**Kathryn HAMILTON and Mary E. Rodell, Co–Personal Representatives of the Estate of Diana Keeven, Respondents.**

**No. ED 84651.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 12, 2005.

Charles P. Todt, Tonya D. Fifer, Gina Casalone, The Todt Law Firm, P.C., St. Louis, MO, for Appellant.

Jeffery T. McPherson, Cynthia A. Petracek, Armstrong Teasdale LLP, St. Louis, MO, Michael A. Turken, Turken & Associates, St. Charles, MO, for Respondent.

Before GARY M. GAERTNER, SR., P.J., SHERRI B. SULLIVAN, J. and BOOKER T. SHAW, J.

ORDER

PER CURIAM.

Appellant, Paul Keeven ("Husband"), appeals from the judgment of the Circuit Court of St. Charles County legally separating Husband from Diana Keeven ("Wife").[1] We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b). We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.

---

1. Wife died while this proceeding was pending. Therefore, her interests are represented by respondents, Kathryn Hamilton and Mary E. Rodell, co-personal representatives of the estate of Diana Keeven.